**FORM 5. Petition for Review/Notice of Appeal of an Order or Decision of an Agency, Board, Commission, Office, Bureau, or the US Court of Federal Claims (vaccine appeals only))**

**Form 5**
**March 2023**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## PETITION FOR REVIEW/NOTICE OF APPEAL

Notice is hereby given that the petitioner(s)/appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Originating Tribunal *(Name of Agency, Board, Commission, Office, Bureau, or Court whose decision is being appealed)*: Merit Systems Protection Board

Case number being appealed: SF-0752-18-0187-M1

Case title being appealed: John C. Lee v. Department of Homeland Security

Date of final decision or order being appealed: 03/04/2026

Date decision or order was received: 03/04/2026

☒ I have attached a copy of the decision or order being appealed.

**List all Petitioners/Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

John C. Lee

Date: 03/24/2026

Signature: [signature]

Name: John C. Lee

Address:

1750 Toyon Drive

Concord, CA 94520

Phone Number: (415) 819-3635

Email Address: shuehuapiao@hotmail.com

RECEIVED

MAR 30 2026

United States Court of Appeals
For the Federal Circuit

**UNITED STATES OF AMERICA**
**MERIT SYSTEMS PROTECTION BOARD**

JOHN C LEE,
Appellant,

v.

DEPARTMENT OF HOMELAND SECURITY,
Agency.

DOCKET NUMBER
SF-0752-18-0187-M-1

DATE: March 4, 2026

# THIS FINAL ORDER IS NONPRECEDENTIAL[1]

John C Lee, Concord, California, pro se.

Melissa Luckett, Esquire, Irving, Texas, for the agency.

Peter D. Gregory, Esquire, Camp Springs, Maryland, for the agency.

**BEFORE**

Henry J. Kerner, Vice Chairman
James J. Woodruff II, Member

## FINAL ORDER

The appellant has filed a petition for review of the remand initial decision, which affirmed the agency's removal action after the U.S. Court of Appeals for the Federal Circuit affirmed the Board's final order in part, vacated in part, and remanded to the Western Regional Office for review of the penalty. *Lee v. Department of Homeland Security*, No. 2024-1334, 2024 WL 3634215 (Fed. Cir.

[1] A nonprecedential order is one that the Board has determined does not add significantly to the body of MSPB case law. Parties may cite nonprecedential orders, but such orders have no precedential value; the Board and administrative judges are not required to follow or distinguish them in any future decisions. In contrast, a precedential decision issued as an Opinion and Order has been identified by the Board as significantly contributing to the Board's case law. *See* 5 C.F.R. § 1201.117(c).

Aug. 2, 2024); *see Lee v. Department of Homeland Security*, MSPB Docket No. SF-0752-18-0187-I-1, Final Order (Nov. 13, 2023). On petition for review, the appellant argues that the administrative judge erred in determining that the penalty of removal was within the bound of reason as the maximum reasonable penalty.[2] Generally, we grant petitions such as this one only in the following circumstances: the initial decision contains erroneous findings of material fact; the initial decision is based on an erroneous interpretation of statute or regulation or the erroneous application of the law to the facts of the case; the administrative judge's rulings during either the course of the appeal or the initial decision were not consistent with required procedures or involved an abuse of discretion, and the resulting error affected the outcome of the case; or new and material evidence or legal argument is available that, despite the petitioner's due diligence, was not available when the record closed. Title 5 of the Code of Federal Regulations, section 1201.115 (5 C.F.R. § 1201.115). After fully considering the filings in this appeal, we conclude that the petitioner has not established any basis under section 1201.115 for granting the petition for review.[3] Therefore, we DENY the petition

[2] In addition, the appellant challenges the merits of the agency's charges on review. Petition for Review File, Tab 1. However, the U.S. Court of Appeals for the Federal Circuit affirmed the Board with respect to the charges and therefore that issue is not open for review. *Lee*, 2024 WL 3634215, at *2-4.

[3] Though not raised by the appellant, we note that the remand initial decision contains a notable inconsistency. *Lee v. Department of Homeland Security*, MSPB Docket No. SF-0752-18-0187-M-1, Remand Initial Decision. On the one hand, the administrative judge repeatedly and expressly indicated that she was not considering a 2015 suspension for purposes of his past work record, *id.* at 8 & n.1, his clarity of notice, *id.* at 9, and his potential for rehabilitation, *id.* at 9-10. On the other hand, the administrative judge concluded her decision with a brief summary in which she listed aggravating factors as including the appellant having prior discipline of record. *Id.* at 11. We have relied on the administrative judge's more fulsome analysis and repeated indications that she was not considering the appellant's 2015 suspension. We have not relied on the cursory summary that suggests otherwise. To the extent that the administrative judge indicated that the appellant had prior discipline that was an aggravating factor in that summary, we construe that to be a typographical error. Even with no prior discipline, we find that removal remains a reasonable penalty for the charged and proven misconduct.

for review and AFFIRM the initial decision, which is now the Board's final decision. 5 C.F.R. § 1201.113(b).

## NOTICE OF APPEAL RIGHTS[4]

You may obtain review of this final decision. 5 U.S.C. § 7703(a)(1). By statute, the nature of your claims determines the time limit for seeking such review and the appropriate forum with which to file. 5 U.S.C. § 7703(b). Although we offer the following summary of available appeal rights, the Merit Systems Protection Board does not provide legal advice on which option is most appropriate for your situation and the rights described below do not represent a statement of how courts will rule regarding which cases fall within their jurisdiction. If you wish to seek review of this final decision, you should immediately review the law applicable to your claims and carefully follow all filing time limits and requirements. Failure to file within the applicable time limit may result in the dismissal of your case by your chosen forum.

Please read carefully each of the three main possible choices of review below to decide which one applies to your particular case. If you have questions about whether a particular forum is the appropriate one to review your case, you should contact that forum for more information.

**(1)** **Judicial review in general**. As a general rule, an appellant seeking judicial review of a final Board order must file a petition for review with the U.S. Court of Appeals for the Federal Circuit, which must be received by the court within **60 calendar days** of the date of issuance of this decision. 5 U.S.C. § 7703(b)(1)(A).

[4] Since the issuance of the initial decision in this matter, the Board may have updated the notice of review rights included in final decisions. As indicated in the notice, the Board cannot advise which option is most appropriate in any matter.

If you submit a petition for review to the U.S. Court of Appeals for the Federal Circuit, you must submit your petition to the court at the following address:

U.S. Court of Appeals
for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

Additional information about the U.S. Court of Appeals for the Federal Circuit is available at the court's website, www.cafc.uscourts.gov. Of particular relevance is the court's "Guide for Pro Se Petitioners and Appellants," which is contained within the court's Rules of Practice, and Forms 5, 6, 10, and 11.

If you are interested in securing pro bono representation for an appeal to the U.S. Court of Appeals for the Federal Circuit, you may visit our website at http://www.mspb.gov/probono for information regarding pro bono representation for Merit Systems Protection Board appellants before the Federal Circuit. The Board neither endorses the services provided by any attorney nor warrants that any attorney will accept representation in a given case.

**(2) Judicial or EEOC review of cases involving a claim of discrimination**. This option applies to you only if you have claimed that you were affected by an action that is appealable to the Board and that such action was based, in whole or in part, on unlawful discrimination. If so, you may obtain judicial review of this decision—including a disposition of your discrimination claims—by filing a civil action with an appropriate U.S. district court (*not* the U.S. Court of Appeals for the Federal Circuit), within **30 calendar days** after you receive this decision. 5 U.S.C. § 7703(b)(2); *see Perry v. Merit Systems Protection Board*, 582 U.S. 420 (2017). If you have a representative in this case, and your representative receives this decision before you do, then you must file with the district court no later than **30 calendar days** after your representative receives this decision. If the action involves a claim of discrimination based on

race, color, religion, sex, national origin, or a disabling condition, you may be entitled to representation by a court-appointed lawyer and to waiver of any requirement of prepayment of fees, costs, or other security. *See* 42 U.S.C. § 2000e-5(f) and 29 U.S.C. § 794a.

Contact information for U.S. district courts can be found at their respective websites, which can be accessed through the link below:

http://www.uscourts.gov/Court_Locator/CourtWebsites.aspx.

Alternatively, you may request review by the Equal Employment Opportunity Commission (EEOC) of your discrimination claims only, excluding all other issues. 5 U.S.C. § 7702(b)(1). You must file any such request with the EEOC's Office of Federal Operations within **30 calendar days** after you receive this decision. 5 U.S.C. § 7702(b)(1). If you have a representative in this case, and your representative receives this decision before you do, then you must file with the EEOC no later than **30 calendar days** after your representative receives this decision.

If you submit a request for review to the EEOC by regular U.S. mail, the address of the EEOC is:

Office of Federal Operations
Equal Employment Opportunity Commission
P.O. Box 77960
Washington, D.C. 20013

If you submit a request for review to the EEOC via commercial delivery or by a method requiring a signature, it must be addressed to:

Office of Federal Operations
Equal Employment Opportunity Commission
131 M Street, N.E.
Suite 5SW12G
Washington, D.C. 20507

**(3) Judicial review pursuant to the Whistleblower Protection Enhancement Act of 2012**. This option applies to you only if you have raised claims of reprisal for whistleblowing disclosures under 5 U.S.C. § 2302(b)(8) or

other protected activities listed in 5 U.S.C. § 2302(b)(9)(A)(i), (B), (C), or (D). If so, and your judicial petition for review "raises no challenge to the Board's disposition of allegations of a prohibited personnel practice described in section 2302(b) other than practices described in section 2302(b)(8), or 2302(b)(9)(A)(i), (B), (C), or (D)," then you may file a petition for judicial review either with the U.S. Court of Appeals for the Federal Circuit or any court of appeals of competent jurisdiction.[5] The court of appeals must receive your petition for review within **60 days** of the date of issuance of this decision. 5 U.S.C. § 7703(b)(1)(B).

If you submit a petition for judicial review to the U.S. Court of Appeals for the Federal Circuit, you must submit your petition to the court at the following address:

U.S. Court of Appeals
for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

Additional information about the U.S. Court of Appeals for the Federal Circuit is available at the court's website, www.cafc.uscourts.gov. Of particular relevance is the court's "Guide for Pro Se Petitioners and Appellants," which is contained within the court's Rules of Practice, and Forms 5, 6, 10, and 11.

If you are interested in securing pro bono representation for an appeal to the U.S. Court of Appeals for the Federal Circuit, you may visit our website at http://www.mspb.gov/probono for information regarding pro bono representation for Merit Systems Protection Board appellants before the Federal Circuit. The

---

[5] The original statutory provision that provided for judicial review of certain whistleblower claims by any court of appeals of competent jurisdiction expired on December 27, 2017. The All Circuit Review Act, signed into law by the President on July 7, 2018, permanently allows appellants to file petitions for judicial review of MSPB decisions in certain whistleblower reprisal cases with the U.S. Court of Appeals for the Federal Circuit or any other circuit court of appeals of competent jurisdiction. The All Circuit Review Act is retroactive to November 26, 2017. Pub. L. No. 115-195, 132 Stat. 1510.

Board neither endorses the services provided by any attorney nor warrants that any attorney will accept representation in a given case.

Contact information for the courts of appeals can be found at their respective websites, which can be accessed through the link below:

http://www.uscourts.gov/Court_Locator/CourtWebsites.aspx.

FOR THE BOARD:

Gina K. Grippando

Gina K. Grippando
Clerk of the Board

Washington, D.C.

## CERTIFICATE OF SERVICE

I certify that the attached Document(s) was (were) sent as indicated this day to each of the following:

| | |
|---|---|
| | <u>Appellant</u> |
| Electronic Service | John Lee<br>Served on email address registered with MSPB |
| | <u>Agency Representative</u> |
| Electronic Service | Peter Gregory<br>Served on email address registered with MSPB |
| | <u>Agency Representative</u> |
| Electronic Service | Melissa Luckett<br>Served on email address registered with MSPB |

03/04/2026
(Date)

*Tawanda Williams*
Tawanda Williams
Paralegal Specialist

'S FIRMLY TO SEAL

FSC MIX Board FSC C116916

PAPER POUCH how2recycle.info

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE

20439

PM
CONCORD, CA 94520
MAR 24, 2026

$11.95

RDC 03 0 Lb 2.90 Oz S2324P504638-18

# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

FROM:

JOHN C. LEE
1750 TOYON DR.
CONCORD, CA 94520

ed delivery date specified for domestic use.

tic shipments include $100 of insurance (restrictions apply).*

'racking® service included for domestic and many international destinations.

l international insurance.**

ised internationally, a customs declaration form is required.

loes not cover certain items. For details regarding claims exclusions see the ail Manual at http://pe.usps.com.

ıational Mail Manual at http://pe.usps.com for availability and limitations of coverage.

RECEIVED
MAR 30 2026
United States Court of Appeals
For the Federal Circuit

TO:

CLERK OF COURT
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON D.C., 20439

T RATE ENVELOPE

'E ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

CKED ■ INSURED

00001000 ?4

EP14F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH how2recycle.info

EXPECTED DELIVERY DAY: 03/27/26

USPS TRACKING® #

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.